IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIONNE DESMANGLES**  :<br>    **Plaintiff,**  :<br>  :<br>  v.  :<br>  :<br>**CAROLYN W. COLVIN,**  :<br>**Acting Commissioner of Social Security,***  :<br>    **Defendant.**  :<br>  : | **CIVIL ACTION NO.  11-6264** |

## ORDER

**AND NOW**, this 9th day of April 2013, after careful review and independent consideration of the administrative record, and of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Clerk of Court is directed to remove this action from the suspense docket and return it to the active docket;

2. The Report and Recommendation is **APPROVED and ADOPTED;** and

3. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED**.

.                                                                                     BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

* Substituted pursuant to Fed. R. Civ. P. 25(d).